UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SHELBY POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.:  3:22-cv-00167 |
| v. | ) |
| | ) |
| JEFFREY S. FORRESTER and USF HOLLAND LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties JEFFREY S. FORRESTER and USF HOLLAND LLC, by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing parties, JEFFREY S. FORRESTER and USF HOLLAND LLC, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

**VENUE**

1. On or about September 15, 2022, the above-entitled action was commenced against Defendants in the Vanderburgh County Circuit Court of the State of Indiana, Cause No: 82C01-2209-CT-004215, and is now pending therein.

2. Removal to the Southern District of Indiana, Evansville Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Southern District of Indiana, Evansville Division,

embraces the County of Vanderburgh, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

3. On September 19, 2022, removing party USF Holland LLC was served by certified mail with a Summons and Complaint in the above-entitled action at the offices of its registered agent for service of process.

4. The case stated by the initial pleading was not removable solely because the amount in controversy was not clearly identified as exceeding the amount specified in section 28 U.S.C. §§ 1332(a).

5. On September 29, 2022, Plaintiff revealed in an e-mail that the amount in controversy could exceed the amount specified in section 28 U.S.C. §§ 1332(a).

6. Therefore, pursuant to 28 U.S.C. §§ 1446 (b)(3) and (c)(3) (A), this removal is timely.

## STATE COURT PROCEEDINGS

7. On September 15, 2022, Plaintiff Shelby Powell (hereinafter "Plaintiff") filed her Complaint in the above-entitled action against Defendants in the Vanderburgh County Circuit Court 1 in the State of Indiana, Cause No. 82C01-2209-CT-004215, and is now pending therein.

8. On or about September 29, 2022, Defendants filed an Attorney Appearance, and Initial Motion for Automatic Enlargement of Time giving Defendants up to and including November 14, 2022 to answer Plaintiff's Complaint.

9. On or about September 29, 2022, Defendants filed a Jury Demand.

10. No further proceedings have been had in the Vanderburgh County Circuit Court 1.

11. Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

### DIVERSITY JURISDICTION EXISTS

12. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

13. Plaintiff is a citizen of the State of Kentucky.

14. Defendant, Jeffrey S. Forrester, is a citizen of the State of North Carolina.

15. Defendant, USF Holland, LLC is a Delaware corporation with its principal place of business in Delaware.

16. There is complete diversity of citizenship between the parties named in this case.

17. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff alleges she sustained serious bodily injury, past and future medical expenses, and past and future physical and mental pain and suffering because of the accident that is the subject of her Complaint;

   b. Plaintiff's counsel alleges via e-mail dated September 29, 2022 that the amount in controversy is more than $75,000.

18. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint

exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

19. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Southern District of Indiana, Evansville Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

20. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Complaint for Damages; Appearance of John L. Smith for Plaintiff; Summons to Jeffrey S. Forrester; Summons to USF Holland LLC; Appearance of Robert R. Foos, Jr. and Lynsey F. David on behalf of Defendants; Initial Motion for Automatic Enlargement of Time and Jury Demand.

21. A copy of this Notice of Removal has been filed in the Vanderburgh County Circuit Court 1, and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing parties JEFFREY S. FORRESTER and USF HOLLAND LLC, by counsel, respectfully request that the above-entitled action be removed from the Vanderburgh County Circuit Court 1 to the United States District Court for the Southern District of Indiana, Evansville Division.

LEWIS WAGNER, LLP


By: */s/ Lynsey F. David*
ROBERT R. FOOS, JR., #20885-45
LYNSEY F. DAVID, #32594-49
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

John L. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN  47150
**Counsel for Plaintiff**

By: */s/ Lynsey F. David*
LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102, 1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:      317-630-2790
RFoos@lewiswagner.com
ldavid@lewiswagner.com