# REMOVAL TO FEDERAL COURT

# STATE COURT RECORD

STATE OF INDIANA

Vanderburgh County Circuit Court

82C01-2209-CT-004215

SHELBY POWELL

v.

JEFFREY S. FORRESTER and USF HOLLAND LLC

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Shelby Powell v. Jeffrey S. Forrester, USF Holland LLC

| Case Number | 82C01-2209-CT-004215 |
|---|---|
| Court | Vanderburgh Circuit Court |
| Type | CT - Civil Tort |
| Filed | 09/15/2022 |
| Status | 09/15/2022 , Pending  (active) |

## Parties to the Case

**Defendant**   Forrester, Jeffrey S.

<u>Address</u>
5764 Pug Lane
Iron Station, NC 28080

<u>Attorney</u>
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
1411 Roosevelt Ave, Ste 102
Indianapolis, IN 46201
317-237-0500(W)

<u>Attorney</u>
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

**Defendant**   USF Holland LLC

Address
The Corporation Company
40600 Ann Arbor Road E. Suite 201
Plymouth, MI 48170

Attorney
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
1411 Roosevelt Ave, Ste 102
Indianapolis, IN 46201
317-237-0500(W)

Attorney
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

| | |
|---|---|
| Plaintiff | Powell, Shelby |

## Chronological Case Summary

| 09/15/2022 | **Case Opened as a New Filing** | |
|---|---|---|

| 09/15/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Powell, Shelby |
| | File Stamp: | 09/15/2022 |

| 09/15/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Powell, Shelby |
| | File Stamp: | 09/15/2022 |

| 09/15/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Powell, Shelby |
| | File Stamp: | 09/15/2022 |

| 09/15/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons | |
| | Filed By: | Powell, Shelby |
| | File Stamp: | 09/15/2022 |

| 09/29/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of RRF and LFD | |
| | For Party: | Forrester, Jeffrey S. |
| | For Party: | USF Holland LLC |
| | File Stamp: | 09/29/2022 |

| 09/29/2022 | **Motion for Enlargement of Time Filed** |
|---|---|
| | Initial Motion for Automatic Enlargement of Time |
| | Filed By: Forrester, Jeffrey S. |
| | Filed By: USF Holland LLC |
| | File Stamp: 09/29/2022 |
| 09/29/2022 | **Jury Trial Demand Filed** |
| | Jury Demand |
| | Filed By: Forrester, Jeffrey S. |
| | Filed By: USF Holland LLC |
| | File Stamp: 09/29/2022 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Powell, Shelby
Plaintiff

**Balance Due** (as of 10/17/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/15/2022 | Transaction Assessment | 157.00 |
| 09/15/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

IN THE CIRCUIT COURT OF VANDERBURGH COUNTY
STATE OF INDIANA

SHELBY POWELL

    Plaintiff

v.

CASE NO. 82C01-2209-CT-004215

JEFFREY S. FORRESTER

Serve:    5764 Pug Lane
           Iron Station, NC 28080

and

USF HOLLAND LLC

    Defendants

Serve:    The Corporation Company
           40600 Ann Arbor Rd. E
           Suite 201
           Plymouth, MI 48170

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes the Plaintiff, Shelby Powell, by and through counsel, John L. Smith, and for her cause of action against the Defendants Jeffrey S. Forrester and USF Holland LLC hereby states as follows:

1.    At all relevant times, the Plaintiff was a resident of Henderson, Kentucky.

2.    At all relevant times, the Defendant, Jeffrey S. Forrester, was a resident of Iron Station, North Carolina, and acting within the course and scope of his employment with Defendant, USF Holland LLC.

> **Commented [BMx1]:** Adrian: This was the address on the police report, and I double checked it on the NC voter registration site.

3.     At all relevant times, the Defendant, USF Holland LLC, was a Michigan corporation authorized to do business and is doing business in Vanderburgh County, State of Indiana and employed Defendant Jeffrey S. Forrester.

4.     The events described herein occurred in Vanderburgh County, State of Indiana, and this Court has proper venue in this action.

**COUNT I**

5.     On or about April 7, 2022, the Defendant, Jeffrey S. Forrester, was negligent in the operation, maintenance, and control of a 2016 Freightliner C Series Truck when he struck the vehicle Shelby Powell was driving, causing a collision.

6.     Shelby Powell was traveling southbound on Highway 41 in Pigeon, Vanderburgh County, Indiana when the Defendant Jeffrey S. Forrester, failed to keep a proper lookout and failed to properly control his vehicle, when his truck collided with Ms. Powell's vehicle.

7.     As a direct and proximate result of the negligent acts and conduct of Defendant, Jeffrey S. Forrester, Plaintiff has sustained serious bodily injury; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

8.     The negligence of Defendant, Jeffrey S. Forrester, in the use of a motor vehicle and/or his acts and/or omissions being otherwise negligent are the direct and proximate cause of all the damages suffered by the Plaintiff or are a substantial cause in causing same.

**COUNT II**

9. At all times relevant, Defendant Forrester was employed by, and acting within the scope of his employment as an employee for Defendant USF Holland LLC or one of its agents, subsidiaries, distributorships, or owned businesses or companies, or corporations, and thereby causing the aforementioned Defendant USF Holland LLC to be either directly or vicariously liable for the injuries caused to Plaintiff.

10. As a direct and proximate result of the acts and conduct of Defendant, USF Holland LLC, Plaintiff has sustained serious bodily injury; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

11. The negligence of Defendant USF Holland LLC or one of its employees acting within the scope of their employment, agents, subsidiaries, owned business, companies, or corporations in their driving operations and/or their acts and/or omissions being otherwise negligent are the direct and proximate cause of all damages suffered by Plaintiff or are substantial cause in causing the same.

**WHEREFORE**, Plaintiff, Shelby Powell, demands relief against Defendants Jeffrey S. Forrester and USF Holland LLC as follows:

1. Judgment against the Defendants for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiff for her damages, to include the following:

    a. Past and future medical expenses;

    b. Past and future physical and mental pain and suffering, to include inconvenience;

2. Costs herein expended;

3. **Trial by jury**;

4. Any and all interest to which the Plaintiff may be adjudicated to be entitled to from the date of filing this action; until paid; and

5. Any and all other appropriate relief to which the Plaintiff may appear to be justly entitled.

> Respectfully submitted,
>
> */s/ John L. Smith*
>
> _____
> John L. Smith            #26921-31
> Morgan & Morgan
> 426 Bank Street Suite 300
> New Albany, IN  47150
> 812.850.6850 (t)
> 812.941.4026 (f)
> *Counsel for Plaintiff*

Comes now the Plaintiff, Shelby Powell, and demands a trial by jury on all issues so triable.

> */s/ John L. Smith*
>
> _____
> John L. Smith            #26921-31

IN THE CIRCUIT COURT OF VANDERBURGH COUNTY
STATE OF INDIANA

SHELBY POWELL

    Plaintiff

v.                                                    CASE NO.  82C01-2209-CT-004215

JEFFREY S. FORRESTER and
USF HOLLAND LLC

    Defendants

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>     Responding _____     Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Shelby Powell, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*
   _____
   _____

   Telephone # of party _____
   FAX: _____
   Email Address: _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>John L. Smith</u>  Atty Number: <u>#26921-31</u>
   Address: <u>Morgan & Morgan, 426 Bank Street Suite 300, New Albany, IN 47150</u>
   Phone: <u>(812) 850-6850</u>
   FAX: <u>(812) 941-4026</u>
   Email Address: <u>johnsmith@forthepeople.com</u>

*(List on continuation page additional attorneys appearing for above party)*

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:
   FAX at the above noted number:  Yes \_\_\_\_  No <u>X</u>
   Email at the above noted number:  Yes \_\_\_\_  No <u>X</u>

5. *This case involves child support issues. Yes \_\_\_\_ No <u>X</u>  (If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes \_\_\_\_ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

   _____         Attorney's address
   _____         The Attorney General Confidentiality program address
                  (contact the Attorney General at 1-800-321-1907 or e-mail address is
                  **confidential@atg.in.gov)**.
   _____         Another address (provide)
   _____

7. This case involves a petition for involuntary commitment.  Yes \_\_\_\_ No <u>X</u>

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
   _____

   b. State of Residence of person subject to petition: _____

   c. At least one of the following pieces of identifying information:
      (i)   Date of Birth _____
      (ii)  Driver's License Number _____
            State where issued _____ Expiration date _____
      (iii) State ID number _____

       State where issued _____ Expiration date _____
   (iv) FBI number _____
   (v) Indiana Department of Corrections Number _____
   (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9. There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule: _____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
   Yes____ No X

                               *s/ John L. Smith*
                               John L. Smith 26921-31
                               Morgan & Morgan
                               426 Bank Street Suite 300
                               New Albany, IN 47150
                               812-850-6850 (t)
                               812-941-4026 (f)
                               johnsmith@forthepeople.com
                               *Counsel for Plaintiff*

IN THE CIRCUIT COURT OF VANDERBURGH COUNTY
STATE OF INDIANA

SHELBY POWELL

  Plaintiff

v.             CASE NO.   82C01-2209-CT-004215

JEFFREY S. FORRESTER and
USF HOLLAND LLC

  Defendants

**SUMMONS**

THE STATE OF INDIANA TO: Jeffrey S. Forrester
           5764 Pug Lane
           Iron Station, NC 28080

  You have been sued by the Plaintiff in the Court stated above.

  The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

  You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

  If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

  It is suggested that you immediately consult an attorney of your choice regarding this matter.

  The following manner of service of summons is hereby designated:

    CERTIFIED MAIL

Dated: _____

              _____
              CLERK, VANDERBURGH CIRCUIT COURT

IN THE CIRCUIT COURT OF VANDERBURGH COUNTY
STATE OF INDIANA

SHELBY POWELL

    Plaintiff

v.   CASE NO. 82C01-2209-CT-004215

JEFFREY S. FORRESTER and
USF HOLLAND LLC

    Defendants

**SUMMONS**

THE STATE OF INDIANA TO:   The Corporation Company
40600 Ann Arbor Rd. E
Suite 201
Plymouth, MI 48170

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons. It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: _____

                                _____ VC
                                CLERK, VANDERBURGH CIRCUIT COURT

[SEAL: VANDERBURGH COUNTY COURTS INDIANA]

IN THE VANDERBURGH COUNTY CIRCUIT COURT

STATE OF INDIANA

| | |
|---|---|
| SHELBY POWELL, | ) |
|                 Plaintiff, | ) |
| | ) CAUSE NO.: 82C01-2209-CT-004215 |
|       v. | ) |
| JEFFREY S. FORRESTER and USF HOLLAND LLC, | ) |
|                 Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **JEFFREY S. FORRESTER and USF HOLLAND LLC**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Robert R. Foos, Jr.**           **Attorney No. 20885-45**
   **Lynsey F. David**                **Attorney No. 32594-49**
   LEWIS WAGNER, LLP        Phone: (317) 237-0500
   1411 Roosevelt Avenue, Suite 102    Fax: (317) 630-2790
   Indianapolis, IN 46201          rfoos@lewiswagner.com
                                            ldavid@lewiswagner.com

   **IMPORTANT**: Each attorney specified on this appearance:
   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.

        2(A).
Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. There are other party members: Yes ____ No _X_ (If yes, list on continuation page.)

4. *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): __N/A__

5. I will accept service by fax at the above noted number: Yes ____ No _X_
Counsel would represent to the court that fax service is acceptable in emergency situations.

6. This case involves support issues. Yes ____ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases. Yes ____ No _X_ *(If yes, list* on continuation page.)

8. This form has been served on all other parties. Certificate of Service is attached.
Yes _X_ No ____

9. Additional information required by local rule:_____

LEWIS WAGNER, LLP

By: */s/ Lynsey F. David*
ROBERT R. FOOS, JR., #20885-45
LYNSEY F. DAVID, #32594-49
***Counsel for Defendants***

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

John L. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN  47150
**Counsel for Plaintiff**

                                                  */s/ Lynsey F. David*
                                                  LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:      317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com

IN THE VANDERBURGH COUNTY CIRCUIT COURT

STATE OF INDIANA

| | |
|---|---|
| SHELBY POWELL, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 82C01-2209-CT-004215 |
| JEFFREY S. FORRESTER and USF HOLLAND LLC, | ) |
| Defendants. | ) |

**<u>INITIAL MOTION FOR AUTOMATIC ENLARGEMENT OF TIME</u>**

Defendants, Jeffrey S. Forrester and USF Holland LLC, by counsel, pursuant to LR82-TR6-1.13(B) of the Vanderburgh County Local Rules, move the Court for an automatic 30-day enlargement of time to respond to Plaintiff's Complaint for Damages up to and including November 14, 2022. In support thereof, Defendants state the following:

1. Plaintiff's Complaint for Damages was filed on September 15, 2022.

2. Defendant USF Holland LLC was served on September 19, 2022; a response is due on October 12, 2022; and, said time has not expired.

3. Defendants have not previously sought an extension of time in which to respond to the Complaint.

4. Pursuant to LR82-TR6-1.13(B), no written order from the Court is required on this Motion; rather, the enlargement of time up to and including November 14, 2022 shall be automatically allowed.

WHEREFORE, Defendants, Jeffrey S. Forrester and USF Holland LLC, by counsel, pursuant to LR82-TR6-1.13(B) of the Vanderburgh County Local Rules, move the Court for an

automatic 30-day enlargement of time to respond to Plaintiff's Complaint for Damages through and including November 14, 2022, which enlargement of time shall be automatically allowed without the necessity of a Court Order.

LEWIS WAGNER, LLP

By:    */s/ Lynsey F. David*
       ROBERT R. FOOS, JR., #20885-45
       LYNSEY F. DAVID, #32594-49
       **Counsel for Defendants**

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

John L. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN  47150
**Counsel for Plaintiff**

       */s/ Lynsey F. David*
       LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:   317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com

IN THE VANDERBURGH COUNTY CIRCUIT COURT

STATE OF INDIANA

| | |
|---|---|
| SHELBY POWELL, | ) |
| Plaintiff, | ) ) ) ) CAUSE NO.: 82C01-2209-CT-004215 |
| v. | ) ) |
| JEFFREY S. FORRESTER and USF HOLLAND LLC, | ) ) ) |
| Defendants. | ) ) |

# **JURY DEMAND**

Defendants, Jeffrey S. Forrester and USF Holland LLC, by counsel, pursuant to Trial Rule 38(B) of the Indiana Rules of Trial Procedure, respectfully request that this cause of action be tried by a jury.

LEWIS WAGNER, LLP

By: */s/ Lynsey F. David*
ROBERT R. FOOS, JR., #20885-45
LYNSEY F. DAVID, #32594-49
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

John L. Smith
MORGAN & MORGAN
426 Bank Street, Suite 300
New Albany, IN  47150
***Counsel for Plaintiff***

                                  */s/ Lynsey F. David*
                                  LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 102
1411 Roosevelt Avenue
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:   317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com